598

450 A.2d 1040

Commonwealth v. Prosser, Appellant.

Submitted January 11, 1982. Worstell Janette Baisley, for appellant; Grayce R. Kovacs, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.

450 A.2d 1040

Commonwealth v. Rhodes, Appellant.
Petition for Allowance of Appeal
Denied Nov. 23, 1982.

Submitted May 20, 1982. Richard S. Levine, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

The judgment of sentence of the learned Allegheny County Common Pleas Court Judge John W. O'Brien is affirmed.